PROB 12A
(Revised 05/2011)

# United States District Court
## for
## Middle District of Tennessee

### Report on Offender Under Supervision

Name of Offender: <u>Cornelius Primm</u>  Case Number: <u>3:10-00214</u>

Name of Judicial Officer: <u>Honorable Aleta A. Trauger, U.S. District Judge</u>

Date of Original Sentence: <u>May 9, 2012</u>

Original Offense: <u>18 U.S.C. § 922(j) and 18 U.S.C. § 924, Possession of Stolen Firearm</u>

Original Sentence: <u>3 years' probation</u>

Type of Supervision: <u>Probation</u>  Date Supervision Commenced: <u>May 9, 2012</u>

Assistant U.S. Attorney: <u>Scarlett Singleton</u>  Defense Attorney: <u>Roger N. Taylor</u>

---

The Court orders:

☒ No Action Necessary at this Time
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

Considered this 23rd day of Aug., 2012,
and made a part of the records in the above case.

_____
Aleta A. Trauger
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
Amanda M. Russell
U.S. Probation Officer

Place  Cookeville

Date  August 22, 2012

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|

1.  **The defendant shall be on home detention for eight months of supervision beginning as soon as practicable from time of sentencing. While on home detention, the defendant is required to remain in his residence at all times except for approved absences for gainful employment, community service, religious services, medical care or treatment needs, and such other times as may be specifically authorized by the United States Probation Office. Electronic monitoring shall be used to monitor compliance. The defendant shall pay the cost of electronic monitoring at the prevailing rate according to ability as determined by the United States Probation Office.**

    On August 19, 2012, at 2:54pm, the probation officer observed Mr. Primm at the Wilson County Fair in Lebanon, Tennessee. The probation officer approached Mr. Primm and asked him why he was at the fair without prior approval. He reported that his kids wanted to come to the fair, so he brought them. He was reminded that he was only to leave his residence during this time for work purposes only. Mr. Primm was verbally reprimanded and instructed to leave the fair immediately, go directly home, and notify the officer by telephone when he arrived.

    The probation officer spoke with Mr. Primm by telephone on August 20, 2012, regarding his violation of the conditions of home detention. He admitted he knew it was a violation to leave his residence without permission, but reported it was the only time had done so since being placed on electronic monitoring on May 11, 2012.

    The probation officer met with Mr. Primm at the office on August 21, 2012, and after further questioning, he admitted that he went to the Wilson County Fair at 1:00pm and planned to return home by 4:00pm, as he knew that was his scheduled return time for his self-employment. Mr. Primm denied violating the conditions of home detention prior to August 19, 2012, and said he would not do so in the future.

2.  **The defendant shall furnish all financial records, including, without limitation, earnings records and tax returns, to the United States Probation Office upon request.**

    Mr. Primm has reportedly been self-employed since April 2012, owning a pressure washing business called Wash Around the World Services. He has been instructed by the probation officer, on numerous occasions, to obtain his business license and provide documentation of services rendered, by keeping a receipt log or by utilizing another method, to legitimize his business. Mr. Primm has been permitted to run his business provided he adhere to this requirement. He has failed to provide a business license and/or verification of his employment.

**Compliance with Supervision Conditions and Prior Interventions:**

Cornelius Primm is reportedly self-employed and lives with his wife and children in Lebanon, Tennessee. Mr. Primm was sentenced to probation on May 9, 2012, and his probation is due to expire on May 8, 2015.

Mr. Primm has been given a verbal reprimand and re-instructed as to all conditions of supervision, specifically to not leave his residence, while on home detention, without prior approval by the probation officer. As permitted, since the beginning of his home detention, Mr. Primm is approved to transport his children to and from school,

his wife to and from work, and coach his son's football team. He has failed to provide documentation of his self-employment as requested, and will no longer be permitted to be self-employed. Mr. Primm has been instructed to obtain legitimate full-time employment and support his dependants to the best of his ability. Mr. Primm understands that any future violations may result in a request for a hearing before the Court and possible recommendation for revocation.

**U.S. Probation Officer Recommendation:**

The probation officer is respectfully recommending that no additional action be taken by the Court at this time. It is further recommended that Mr. Primm continue on probation with continued monitoring by the probation officer. Any additional violations will be promptly reported to the Court.

Assistant U.S. Attorney Scarlett Singleton has been advised of the offender's noncompliance and is in agreement with this recommendation.

Approved: _____
Britton Shelton
Supervisory U.S. Probation Officer